UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| NORA HUTTO, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. V-05-70 |
| UNIVERSITY OF HOUSTON SYSTEM, et al. | § § § § | |
| Defendants. | § | |

## ORDER

On October 24, 2007, the Court held a hearing with the parties for the purpose of determining whether to grant Plaintiff's Motion for Leave to File Response to Defendants' Motion for Summary Judgment (Dkt. No. 44). After hearing argument from counsel, the Court **orders** the following:

1. Plaintiff's Motion for Leave to File Response to Defendants' Motion for Summary Judgment (Dkt. No. 44) is **GRANTED** as discussed below.

2. Plaintiff shall file her response to Defendants' Motion for Summary Judgment (Dkt. No 43) by Wednesday, October 31, 2007.

3. A Joint Pretrial Order shall be due 3 days after the Court issues its ruling on Defendants' Motion for Summary Judgment (Dkt. No. 43).

Signed this 24th day of October, 2007.

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE